### UNITED STATES of America, Plaintiff-Appellee,

v.

### Fahed T. TAWALBEH, Defendant-Appellant.

### No. 02-6835.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 18, 2002.

Decided Jan. 8, 2003.

Robert F. Rider, Robert F. Rider, P.L.C., Roanoke, Virginia, for Appellant. Thomas Jack Bondurant, Jr., Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before NIEMEYER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Fahed T. Tawalbeh seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude for reasons stated by the district court that Tawalbeh has not made a substantial showing of the denial of a constitutional right. *See United States v. Tawalbeh,* Nos. CR–97–24–R; CA–00–858 (W.D.Va. Feb. 22, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*